UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **KENNETH W. SIMMONS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 08-1337 |
| ) | |
| **SGT. CATTON, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

On May 14, 2010, a Report & Recommendation [#126] was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than fourteen (14) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *and Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. *Id.*

Plaintiff Kenneth W. Simmons ("Simmons") filed his original Complaint on November 19, 2008. He was granted leave to file an Amended Complaint on November 21, 2008. Simmons was granted leave to file a second amended complaint and did so on January 15, 2009. On February 20, 2009, Simmons was granted leave to file a third amended complaint. On April 13, 2009, Magistrate Judge Cudmore entered a text order allowing Simmons to file yet another amended complaint and directed the Clerk to file it as *pro se* Plaintiff's Final Amended Complaint. Most recently, the parties have been engaged in discovery. On April 13, 2010, Simmons filed his latest motion to amend his complaint, explaining that due to newly discovered evidence provided by Defendants' counsel, he requests leave to amend his complaint to name

two additional parties.

The Court concurs with the recommendation that Simmons' Motion to Amend be denied given the history of this litigation, the number of amended complaints filed by Simmons, and the fact that his April 13, 2009, Amended Complaint was to be filed as Plaintiff's Final Amended Complaint. Accordingly, the Court now adopts the Report & Recommendation of the Magistrate Judge in its entirety. Plaintiff Simmons' Motion to Amend his Final Amended Complaint [#116] is DENIED.

ENTERED this 9th day of June, 2010.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge